## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:07-CR-0034 |
| v. | : | |
| | : | |
| GEORGE ROBERT KUCHLER, | : | |
| Defendant | : | |

## **O R D E R**

AND NOW, this 22nd day of February, 2007, the defendant having appeared before the undersigned for a bail revocation hearing and clear and convincing evidence having been found to exist that the defendant violated his conditions of release and that there are no additional conditions of release that will reasonably assure the appearance of the defendant as required and the safety of the community, IT IS ORDERED that the defendant's bail is REVOKED and the defendant shall be detained pending trial pursuant to 18 U.S.C.§§ 3142 (f) and 3145.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge