# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-034** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **GEORGE ROBERT KUCHLER** | : | |

## ORDER

AND NOW, this 16th day of October, 2008, pursuant to the Government's Motion for Destruction of Evidence (Doc. 53), it is hereby

ORDERED and decreed that the United States Postal Inspection Service is hereby authorized to destroy the following items of evidence:

A. One generic desktop tower style computer (no model number or serial number listed);

B. One Seagate brand hard drive from the generic computer, serial number 3H83CW89; and

C. One Maxtor brand hard drive from the generic computer, serial number B423CLHH.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge